# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Oak Park Animal Hospital, Ltd.

                            Plaintiff,

v.                                               Case No.: 1:22–cv–02322

                                                          Honorable Sara L. Ellis

Premium Compounding, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 3, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation to dismiss [21] this action against defendant is hereby dismissed with prejudice, and plaintiff's putative class action claims in the above–titled action against defendant are hereby dismissed without prejudice, with each party bearing its own attorney's fees and costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.